IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00457-CMA-MDB

SASHA CRONICK,

    Plaintiff,

v.

CHRISTOPHER PRYOR and
ROBERT MCCAFFERTY,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of nine duly sworn to try the issues herein with United States District Judge Christine M. Arguello presiding, and the jury has rendered its verdicts. It is

ORDERED that Judgment enters in favor of the Defendants, CHRISTOPHER PRYOR and ROBERT MCCAFFERTY and against Plaintiff, SASHA CRONICK. It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED: May 1, 2025.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                By:  s/  Meghan Smotts
                                                  Meghan Smotts,
                                                  Deputy Clerk